IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, *et. al*, <br><br> Plaintiffs, <br><br> v. <br><br> BLACK SEA CORPORATION, a California Corporation, <br><br> Defendant. <br>  _____ / | No. C 10-04039 WHA <br><br> **ORDER REGARDING WITHDRAWAL OF MOTION FOR DEFAULT JUDGMENT** |

On June 14, 2011, plaintiffs withdrew their motion for default judgment. The motion was withdrawn "because [the parties] have executed a payment plan." Plaintiffs, however, did not dismiss the case and instead reserved their right to re-file the motion if defendant "violates any of its obligations under the payment plan" (Dkt. No. 24).

Jurisdiction over this matter will not be retained indefinitely. Plaintiffs must either re-file their motion or file a proper notice of dismissal by **SEPTEMBER 15, 2011**. If a party fails to comply with a settlement agreement, the proper recourse is a state court action for breach of contract.

**IT IS SO ORDERED.**

Dated: June 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE