IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BLACK SEA CORPORATION,<br>a California Corporation,<br><br>Defendant. | No. C 10-04039 WHA<br><br>**ORDER DISMISSING CASE** |

When plaintiffs withdrew their motion for default judgment in June 2011, they were warned that jurisdiction over this matter would not be retained indefinitely. Plaintiffs were instructed to either re-file their motion for default judgment or file a proper notice of dismissal by September 15, 2011 (Dkt. No. 25). No such filing has been made. Accordingly, the case is **DISMISSED**. The clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE