IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.A. LOCAL 342 JOINT LABOR-MANAGEMENT COMMITTEE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BLACK SEA CORPORATION, a California Corporation, <br><br> Defendant. | No. C 10-04039 WHA <br><br> **ORDER DISMISSING CASE** |

When plaintiffs withdrew their motion for default judgment in June 2011, they were warned that jurisdiction over this matter would not be retained indefinitely. Plaintiffs were instructed to either re-file their motion for default judgment or file a proper notice of dismissal by September 15, 2011 (Dkt. No. 25). No such filing has been made. Accordingly, the case is **DISMISSED**. The clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 26, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE